IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ADOLPHE PIERRE-LOUIS,

    Plaintiff,

vs.                                                 No. CIV 12-0527 JB/RHS

JOSEPH SCHAKE, in his individual capacity
and the STATE OF NEW MEXICO,

    Defendants.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Court's Memorandum Opinion and Order, filed April 30, 2014 (Doc. 28)("MOO"), in which the Court granted the requests in the Defendants Joseph Schake and the State of New Mexico's Motion for Summary Judgment Based on Qualified Immunity and Supporting Memorandum of Law, filed October 10, 2012 (Doc. 14), denied the Plaintiff's Cross-Motion for Summary Judgment, filed December 19, 2012 (Doc. 20), dismissed all federal claims in the case, and remanded the remaining case to the Second Judicial District Court, County of Bernalillo, State of New Mexico. Because the Court's MOO disposes of all claims and parties before the Court, the Court now enters final judgment in this matter.

**IT IS ORDERED** that this case and all Plaintiff Adolphe Pierre-Louis' remaining state law claims are remanded to the Second Judicial District Court, County of Bernalillo, State of New Mexico, and final judgment is entered.

                                                          _____
                                                          UNITED STATES DISTRICT JUDGE

*Counsel:*

Mark Fine
Fine Law Firm
Albuquerque, New Mexico

    *Attorneys for the Plaintiff*

Phillip W. Cheves
W. Ann Maggiore
Butt, Thornton & Baehr, P.C.
Albuquerque, New Mexico

    *Attorneys for the Defendants*