# United States District Court
## District of New Mexico
### Office of the Clerk
### Pete V. Domenici United States Courthouse



**Matthew J. Dykman**
**Clerk of Court**

333 Lomas Blvd. N.W. - Suite 270
Albuquerque, New Mexico 87102
(505) 348-2000 - Fax (505) 348-2028

**Divisional Offices**
106 South Federal Place
Santa Fe, NM 87501
(505) 988-6481
Fax (505) 988-6473

100 North Church Street
Las Cruces, NM 88001
(575) 528-1400
Fax (575) 528-1425

July 29, 2014

Clerk of the District Court
Second Judicial District
400 Lomas, NW
Albuquerque, New Mexico 87102

    RE:    Adolphe Pierre-Louis v. Joseph Schake, et al.,
            CV 12-527 JB/RHS

Dear Sir or Madam:

    Please find enclosed a certified copy of the Memorandum Opinion and Final Judgment, signed by District Judge James O. Browning, along with copies of the entire case file, remanding this case to your Court.

                                  Yours truly,
                                  MATTHEW J. DYKMAN, Clerk

                          By:    _____
                                    Deputy Clerk